No. 402, Misc.  Sims *v.* New York.  Court of Appeals of New York.  Certiorari denied.

No. 163.  Dunscombe *v.* Sayle, Administrator, *ante,* p. 289;

No. 237.  Atlanta Newspapers, Inc., et al. *v.* Grimes, Sheriff, et al., *ante,* p. 290;

No. 11, Misc.  Lipscomb *v.* United States, *ante,* p. 836;

No. 98, Misc.  Cepero *v.* Puerto Rico et al., *ante,* p. 292; and

No. 204, Misc.  Jennings *v.* Ragen, Warden, *ante,* p. 850.  Petitions for rehearing denied.

November 14, 1960.

No. ——.  United States *v.* United States Trotting Assn.  The appellant's motion to dismiss the appeal under Rule 14 (1) is granted.  *Solicitor General Rankin* for the United States.

No. ——.  Niukkanen et al. *v.* Turner, District Director, Immigration and Naturalization Service.  The application for stay of deportation and enlargement on bail is denied.  Mr. Justice Black and Mr. Justice Douglas are of the opinion the application should be granted.  *Nels Peterson* for petitioners.

No. ——.  Goldsby *v.* Mississippi.  The application, as amended, for a stay of execution of the death sentence is granted, pending the timely filing and disposition of a petition for writ of certiorari.  *George N. Leighton* for petitioner.  *Joe T. Patterson,* Attorney General of Mississippi, and *G. Garland Lyell,* Assistant Attorney General, for respondent.